JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
Lauren Falk, Esq. (#316893)
Ava Issary, Esq. (#342252)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com
Email: Lauren@jameshawkinsaplc.com
Email: Ava@jameshawkinsaplc.com

Attorneys for Plaintiff JOSE PADILLA,
Individually and on behalf of all others similarly situated.

***Additional Counsel Listed On Next Page ***

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PADILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROADRUNNER FREIGHT; ROADRUNNER TRANSPORTATION SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-00583-SPG-PD**<br><br>[*Assigned To The Honorable Sherilyn Peace Garnett*]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1  TYLER M. PAETKAU (SBN 146305)
2  Tyler.Paetkau@huschblackwell.com
   KATHY M. HUYNH (SBN 233314)
3  Kathy.Huynh@huschblackwell.com
4  HUSCH BLACKWELL LLP
   1999 Harrison St., Suite 700
5  Oakland, CA 94612
6  Telephone: 510.768.0650
   Facsimile: 510.768.0651
7
8  Attorneys for Defendant
   ROADRUNNER TRANSPORTATION SERVICES, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **STIPULATION**

Plaintiff Jose Padilla ("Plaintiff") and Defendant Roadrunner Transportation Services, Inc., (sued erroneously as "Roadrunner Freight") ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed in its entirety *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the class and class claims.

**IT IS SO STIPULATED.**

Dated: May 9, 2024          JAMES HAWKINS APLC


By: /s/ Gregory Mauro
    JAMES R. HAWKINS
    GREGORY MAURO
    MICHAEL CALVO
    LAUREN FALK
    AVA ISSARY
    Attorneys for Plaintiff JOSE PADILLA

Dated: May 9, 2024          HUSCH BLACKWELL LLP


By: */s/* Kathy M. Huynh
    TYLER M. PAETKAU
    KATHY M. HYUNH

    Attorneys for Defendant ROADRUNNER TRANSPORTATION SERVICES, INC.

.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: May 9, 2024

By: /s/ Gregory Mauro
GREGORY MAURO, ESQ.